Keith E. Smith (State Bar No. 244505) kesmith@wshblaw.com
Omar F. Hassan (State Bar No. 322034) ohassan@wshblaw.com
Wood, Smith, Henning & Berman LLP
21804 Cactus Avenue, Suite 200,
Riverside, California 92518-3010
Phone: 951 779 5000 ♦ Fax: 951 755 1650
Attorneys for Defendant and Third Party Plaintiff, Tetra Tech, Inc., a Delaware corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation

Plaintiff(s),

v.

TETRA TECH, INC., a Delaware corporation, et al.

Defendant(s).

CASE NUMBER
2:21-cv-06507

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ____________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ____________________ is dismissed by the Claimant(s) in its entirety.

☒ The Third-party Claim brought by Claimant(s) Tetra Tech, Inc., a Delaware corporation is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ____________________

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ____________________

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 13, 2021
*Date*

*Signature of Attorney/Party*
OMAR F. HASSAN

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***



American LegalNet, Inc.
www.FormsWorkFlow.com